JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.3663/ Fax: 702.388.6418
mina.chang@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00723-DJA |
| Plaintiff, | ORDER **to Continue Trial** |
| v. | **(Second Request)** |
| FRANCIS KLOSOWSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, Esquire, counsel for the defendant Francis Klosowski, that the bench trial in the above-captioned matter, currently scheduled for June 1, 2022 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 75 days.

This stipulation is entered into for the following reasons:

1.   The parties need additional time to review the discovery and to explore a pretrial resolution.

2.   Defendant is out of custody and agrees to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution. This is the second request for continuance of the trial in this case.

DATED this 25th day of May, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Damian Sheets

DAMIAN SHEETS, ESQ.
Counsel for defendant
FRANCIS KLOSOWSKI

/s/ Mina Chang

MINA CHANG
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00723-DJA |
| Plaintiff, | ORDER to Continue Trial (Second Request) |
| v. | |
| FRANCIS KLOSOWSKI, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to

delay the proceedings in the matter.

5.   Denial of this request for continuance would result in a miscarriage of justice.

### ORDER

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for June 1, 2022, at the hour of 9:00 a.m. is hereby VACATED, and RESET for September 7, 2022, at 9:00 a.m., Courtroom 3A.

DATED this  26th  day of May, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE