DAMIAN R. SHEETS
Nevada Bar Number 10755
BAYLIE HELLMAN
Nevada Bar Number 14541
714 S. Fourth Street
Las Vegas, Nevada 89101
Tel: 702.988.2600/ Fax: 702.988.9500
dsheets@Defendingnevada.com

*Attorneys for the Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCIS KLOSOWSKI,<br><br>    Defendant. | Case No. 2:21-mj-00723-DJA<br><br>ORDER **to Continue Trial**<br>**(Third Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, Esquire, counsel for the defendant Francis Klosowski, that the bench trial in the above-captioned matter, currently scheduled for September 7, 2022 at the hour of 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

　　　This stipulation is entered into for the following reasons:

　　　1.　　The parties need additional time to review the discovery and to explore a pretrial resolution.

　　　2.　　Defendant is out of custody and agrees to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials, prepare for trial, and explore a pretrial resolution.

4. This is the third request for continuance of the trial in this case.

DATED this 30th day of August, 2022.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JASON M. FRIERSON<br>United States Attorney |
| /s/ Damian Sheets | /s/ Angelica Marmorstein |
| DAMIAN SHEETS, ESQ.<br>Counsel for defendant<br>FRANCIS KLOSOWSKI | ANGELICA MARMORSTEIN, Esq.<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCIS KLOSOWSKI,<br><br>    Defendant. | Case No. 2:21-mj-00723-DJA<br><br>ORDER **to Continue Trial**<br>**(Third Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to review the discovery in order to prepare for trial and explore a pretrial resolution.

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. This request for a continuance is made in good faith and is not intended to

delay the proceedings in the matter.

5. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for September 7, 2022, at the hour of 9:00 a.m. is hereby VACATED, and RESET for November 23, 2022, at 9:00 a.m., Courtroom 3A.

DATED this 31st day of August, 2022.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4