1  NEVADA DEFENSE GROUP
   Damian R. Sheets, Esq.
2  Nevada Bar Number 10755
   1389 W. Galleria Drive, Ste. 200
3  Henderson, Nevada 89014
   (702) 988-2600
4  (702) 988-9500
   dsheets@defendingnevada.com
5  *Attorneys for Defendant*

6                 **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-723-DJA |
|          Plaintiff, | ORDER |
| | **Stipulation to Amend and Close Case** |
| v. | |
| FRANCIS ANTHONY KLOSOWSKI, | |
|          Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Imani Dixon, Assistant United States Attorney, counsel for the United States of America, and Damian Sheets, counsel for the defendant, that the defendant should be allowed to withdraw his plea to Count One and plead to the amended Count One for Reckless Driving.

This stipulation is entered into for the following reasons:

1. Defendant has completed all of his conditions.

2. Defendant and the Government are in agreement that, pursuant to the Petty Offense Plea Agreement filed on November 23, 2022, that the defendant is entitled to have his plea to Count One withdrawn.

1      3.     Defendant and the Government further agree that the Government moves to amend Count One to a charge of Reckless Driving, a violation of 36 CFR 4.2 and NRS 484B.653.

4      4.     Defendant and the Government further agree that the defendant agrees to plead guilty to the Amended Count One of Reckless Driving, and this case be closed with all conditions completed.

DATED this 22nd day of June, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*s/ Damian Sheets*  
DAMIAN SHEETS  
Counsel for Defendant

*s/ Imani Dixon*  
Imani Dixon  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCIS ANTHONY KLOSOWSKI,<br><br>　　　　　　Defendant. | Case No. 2:21-mj-723-DJA<br><br>**Order Withdrawing Plea to Count One, Amending Count One, Accepting Defendant's plea to Amended Count One, and to Close Case.** |

　　　　Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　　　1.　Defendant has completed all of his conditions.

　　　　2.　Defendant and the Government are in agreement that, pursuant to the Guilty Plea Agreement filed on November 23, 2022, that the defendant is entitled to have his plea to Count One withdrawn.

　　　　3.　Defendant and the Government further agree that the Government will move to amend County One to a charge of Reckless Driving, a violation of 36 CFR 4.2 and NRS 484B.653.

　　　　4.　Defendant and the Government further agree that the defendant agrees to plead guilty to the Amended Count One of Reckless Driving, and this case be closed with all conditions completed.

　　　　…

　　　　…

　　　　…

**ORDER**

IT IS HEREBY ORDERED that Defendant's plea to Count One be withdrawn.

IT IS FURTHER ORDERED that the United States' Motion to Amend Count One to Reckless Driving, a violation of 36 CFR 4.2 and NRS 484B.653, is hereby granted.

IT IS FURTHER ORDERED that this Court accepts Defendant's plea of Guilty to the Amended Count One of Reckless Driving.

IT IS FURTHER ORDERED that Defendant is adjudicated guilty of the Amended Count One of Reckless Driving, that all conditions of sentencing have been completed, and this case is ordered closed.

DATED this 22nd day of June, 2023.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE